B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Western District of Missouri

In re  Rebecca Jo Wilson                    ,          Case No.  18-41695

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| First Federal Bank of Kansas City | First Federal Bank of Kansas City |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Court Claim # (if known):  10
Amount of Claim:  $187,254.43
Date Claim Filed:  02/08/2018

Phone:  1-866-700-9139
Last Four Digits of Acct #:  460

Phone:  1-816-245-4205
Last Four Digits of Acct. #:  5900

Name and Address where transferee payments should be sent (if different from above):
PO Box 660592
Dallas, TX 75266-0592

Phone:
Last Four Digits of Acct #: 460

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Kenneth C. Jones                    Date: 02/08/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Reset       Save As...       Print