IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In re:                              )
                                    )        Case 18-41695-drd
Rebecca J. Wilson,                  )
                                    )        Chapter 13
Debtor,                             )

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the Order Sustaining Objection to Proof of Claim 10 was served on June 2, 2021, either electronically or by the U.S. Mail, to the following parties:

Rebecca J. Wilson
12709 Oakmont Dr
Kansas City, MO 64145

First Federal Bank
6900 North Executive Dr
Kansas City, MO 64145

Lewis Rice, LLC
ATTN: Kenneth C. Jones
10484 Marty St
Overland Park, KS 66212

Respectfully submitted by:

*s/ Patrick Wiesner*
Patrick Wiesner, Attorney at Law
MO: 56049, KS: 15752
WIESNER & FRACKOWIAK, LC
6750 West 93rd Street, Ste. 220
Overland Park, KS 66212-1465
TEL: (913) 642-2240
FAX: (913) 383-3948
Attorney for Debtor
patw@wflaw.net