# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: REBECCA JO WILSON  CASE NUMBER: 1841695
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __6/4/2021__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

FIRST FEDERAL BANK OF KANSAS CITY,1 CORPORATE DR # 360,LAKE ZURICH IL 60047-8945
REBECCA JO WILSON,12709 OAKMONT DR,KANSAS CITY MO 64145

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __6/4/2021__    Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re: REBECCA JO WILSON

               Debtor

Case No.: 18-41695-drd-13

Non-Govermental Bar Date: August 31, 2018
Governmental Bar Date: December 19, 2018
Filed Date: June 03, 2021

## NOTICE ALLOWING CLAIM AS ADJUSTED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was adjusted, and moves that the claim be allowed as provided herein:

**Address:**
FIRST FEDERAL BANK OF KANSAS CITY
PO BOX 660592
DALLAS, TX 75266-0592

**Type:** MORTGAGE ARREARAGE (PR)

**Court Claim No.:** 10

**Trustee Claim No.:** 30

**Claim Filed Date:** 8/28/2018

**Special Remarks:**

**Claim Amount:** $8,831.03

**Monthly Payment:** $0.00

**Principal Paid:** $0.00

**Balance Owed:** $8,831.03

**Account:** 460/5900

**Percent to be Paid:** 100.00%

**Interest Paid:** $0.00

**Interest Rate:** 0.00

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as adjusted unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

June 03, 2021

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

FIRST FEDERAL BANK OF KANSAS CITY (657296)

/s/ Richard V. Fink, Trustee

HP/Notice - Adjusted Claim

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   Rebecca Jo Wilson

                                  **Debtor**

Case No.: 18-41695-drd-13

Non-Govermental Bar Date:  August 31, 2018
Governmental Bar Date:  December 19, 2018
Filed Date:  June 04, 2021

## NOTICE ALLOWING CLAIM AS ADJUSTED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was adjusted, and moves that the claim be allowed as provided herein:

**Address:**
FIRST FEDERAL BANK OF KANSAS CITY
PO BOX 660592
DALLAS, TX 75266-0592

**Type:** MORTGAGE CONDUIT PAYMENT (E)

**Court Claim No.:** 10

**Trustee Claim No.:** 12

**Claim Filed Date:** 8/28/2018

**Special Remarks:** Continuing Debt

**Claim Amount:** $187,254.43

**Monthly Payment:** $1,755.28

**Principal Paid:** $55,452.54

**Balance Owed:** $0.00

**Account:** 460/5900

**Percent to be Paid:** 100.00%

**Interest Paid:** $0.00

**Interest Rate:** 0.00

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as adjusted unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

June 03, 2021

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

FIRST FEDERAL BANK OF KANSAS CITY (657296)

/s/ Richard V. Fink, Trustee

HP/Notice - Adjusted Claim

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re: Rebecca Jo Wilson

Debtor

Case No.: 18-41695-drd-13

Non-Govermental Bar Date: August 31, 2018
Governmental Bar Date: December 19, 2018
Filed Date: June 04, 2021

## NOTICE ALLOWING CLAIM AS ADJUSTED

COMES NOW, the Standing Chapter 13 Trustee, who shows the Court that the following claim was adjusted, and moves that the claim be allowed as provided herein:

**Address:**
FIRST FEDERAL BANK OF KANSAS CITY
PO BOX 660592
DALLAS, TX 75266-0592

**Type:** INITIAL POST-PETITION ARREARAGE - MORTGAGE (PR)

**Court Claim No.:** 10

**Trustee Claim No.:** 10,012

**Claim Filed Date:** 8/28/2018

**Special Remarks:**

**Claim Amount:** $1,756.53

**Monthly Payment:** $0.00

**Principal Paid:** $0.00

**Balance Owed:** $1,756.53

**Account:** 460/5900

**Percent to be Paid:** 100.00%

**Interest Paid:** $0.00

**Interest Rate:** 0.00

WHEREFORE, pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that this claim be allowed as adjusted unless the debtor or a creditor files an objection to the claim and the Court enters an Order sustaining the objection.

June 03, 2021

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

FIRST FEDERAL BANK OF KANSAS CITY (657296)

/s/ Richard V. Fink, Trustee

HP/Notice - Adjusted Claim